IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELICIA NIAMI, | **No. C 09-04384 RS** |
| Plaintiff, | **ORDER SETTING CONSENT/DECLINATION DEADLINE** |
| v. | |
| FEDEX OFFICE PRINT SERVICES, INC., et al, | |
| Defendants. | |

Plaintiff has filed a motion to remand [Dkt. No. 10] in the above-captioned matter. This motion is noticed for hearing on December 2, 2009, at 9:30 a.m. In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate judge jurisdiction no later than October 30, 2009.

IT IS SO ORDERED.

Dated: October 16, 2009

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE