1  VICTORIA L. H. BOOKE, State Bar No. 142518
   FAHMY & BOOKE
2  606 N. First Street
   San Jose, California 95112
3  Telephone:   (408) 286-7000
   Facsimile:   (408) 286-7111
4
   Attorneys for Plaintiff
5  DELICIA NIAMI

6  THOMAS M. MCINERNEY, State Bar No. 162055
   tmm@ogletreedeakins.com
7  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
8  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
9  One Market Plaza
   San Francisco, California 94105
10 Telephone:   (415) 442-4810
   Facsimile:   (415) 442-4870
11
   Attorneys for Defendants
12 FEDEX OFFICE AND PRINT SERVICES, INC. and
   PAUL LATTER

**E-Filed 1/6/2010**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELICIA NIAMI,<br><br>          Plaintiff,<br><br>     v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC., a Texas corporation doing business in California, PAUL LATTER, and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 09-04384 JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND STAYING OBLIGATIONS UNDER THE ORDER SETTING THE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>Action Filed:   June 15, 2009<br>Trial Date:     None set |

///

///

///

///

8021696_2

Case No. 09-04384 JF
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND
STAYING OBLIGATIONS UNDER THE INITIAL CASE MANAGEMENT CONFERENCE ORDER

# STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff Delicia Niami ("plaintiff") and her attorneys of record, Fahmy & Booke, by Victoria L. H. Booke, attorney at law and defendants FedEx Office and Print Services, Inc. ("FedEx Office") and Paul Latter ("Latter") (collectively "defendants"), by their attorneys of record, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., by Gregory C. Cheng, attorney at law, that the following Stipulation may be entered as an Order by the Court to give effect to the stipulations set forth below:

1. **WHEREAS**, plaintiff filed her Complaint on June 15, 2009 in the Santa Clara Superior Court against defendants alleging (1) sex orientation and gender discrimination pursuant to the California Fair Employment & Housing Act ("FEHA"); (2) retaliation pursuant to FEHA; (3) harassment pursuant to FEHA; and (4) breach of contract;

2. **WHEREAS**, on September 17, 2009, defendants filed its Answers to the Complaint in the Santa Clara Superior Court, and asserted as an affirmative defense that this case was subject to an arbitration agreement;

3. **WHEREAS**, on September 17, 2009, FedEx Office removed the entire action to the United States District Court, Northern District of California on the grounds that complete diversity exists between the Parties. FedEx Office alleged that Latter was a sham defendant and was joined solely for the purpose of destroying diversity;

4. **WHEREAS**, on October 15, 2009, plaintiff brought her timely Motion for Remand to the Superior Court on the basis that complete diversity exists between the Parties, and Latter, as a potentially liable defendant, was not a sham defendant, and this Court took that Motion off calendar in or about November 2009. Plaintiff's Motion for Remand has been rescheduled to be heard on February 19, 2010;

5. **WHEREAS**, because the parties have a dispute as to whether the case should be in arbitration, defendants have scheduled a motion to compel this entire action to binding arbitration on February 19, 2010;

6. **WHEREAS,** pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the parties have various deadlines arising on December 30, 2009

1  and January 13, 2010;

2      7.    **WHEREAS**, the case management conference is currently scheduled for January 22, 2010 and the joint case management conference statement is due on January 12, 2010; and

    8.    **WHEREAS**, the parties agree that in the interests of conserving resources of the parties and the Court, a short continuance of the case management conference, and a stay of the initial scheduling obligations (Rule 26, initial disclosures) and discovery pending the determination of the motion to compel arbitration (hearing on February 19, 2010) is therefore prudent.

**NOW, THEREFORE**, the Parties, through their respective counsel of record **AGREE AND HEREBY STIPULATE** to continue the case management conference from January 22, 2010 to a date after the Court's determines defendants' motion to compel arbitration. The Parties further stipulate that its obligations under the Order Setting Initial Case Management Conference and ADR Deadlines be stayed pending the outcome of defendants' motion to compel arbitration currently scheduled for February 19, 2010.

DATED: January 4, 2010        FAHMY & BOOKE

By:     /s/ Victoria L. H. Booke  
        VICTORIA L.H. BOOKE  
Attorneys for Plaintiff  
DELICIA NIAMI

DATED: January 4, 2010        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:     /s/ Gregory C. Cheng  
        Gregory C. Cheng  
Attorneys for Defendants  
FEDEX OFFICE AND PRINT SERVICES, INC. and PAUL LATTER

**ORDER**

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that the case management conference be continued from January 22, 2010 to  March 19               , 2010 and that the Parties' obligations under the Order Setting Initial Case Management Conference and ADR Deadlines are stayed pending the outcome of defendants' motion to compel arbitration currently scheduled to be heard on February 19, 2010.

DATED:  1/5/2010              By: _____
Hon. Jeremy Fogel
United States District Court Judge

8021696_2

3  Case No. 09-04384 JF
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND
STAYING OBLIGATIONS UNDER THE INITIAL CASE MANAGEMENT CONFERENCE ORDER

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Gregory C. Cheng, hereby declare as follows:

I am one of the attorneys of record for defendants FedEx Office and Print Services, Inc. and Paul Latter in this action and am duly licensed to practice law in the State California and in the United States District Court for the Northern District of California.

I hereby attest that concurrence from plaintiff's attorney, Victoria L. H. Booke, has been obtained in the filing of this STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND STAYING OBLIGATIONS UNDER THE ORDER SETTING THE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and, if called as a witness, I could testify competently thereto.

Executed at San Francisco, California, this 4th day of January 2010.

By: /s/ Gregory C. Cheng
Gregory C. Cheng

8021696_2

4  Case No. 09-04384 JF
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND STAYING OBLIGATIONS UNDER THE INITIAL CASE MANAGEMENT CONFERENCE ORDER