VICTORIA L. H. BOOKE (SBN 142518)
RICHARD SCHRAMM, OF COUNSEL (SBN 151696)
FAHMY & BOOKE                                    **E-Filed 2/23/2010**
606 N. First Street
San Jose, CA 95112
Tel:    (408) 286-7000
Fax:    (408) 286-7111

Attorneys for Plaintiff, Delicia Niami

THOMAS M. MCINERNEY (SBN 162055)
GREGORY C. CHENG (SBN 226865)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Tel:    (415) 442-4810
Fax:    (415) 442-4870

Attorneys for Defendants
FEDEX OFFICE AND PRINT SERVICES, INC. and
PAUL LATTER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

-oo0oo-

DELICIA NIAMI,                            ) Case No.: CV 09-04384 JF
                                          )
                    Plaintiff,            ) **STIPULATION and [PROPOSED]**
                                          ) **ORDER CONTINUING HEARINGS**
        v.                                ) **ON PLAINTIFF'S MOTION FOR REMAND**
                                          ) **AND DEFENDANT'S MOTION TO**
FEDEX OFFICE PRINT SERVICES, INC.,        ) **COMPEL BINDING ARBITRATION**
PAUL LATTER and Does 1 through 50,        )
inclusive,                                ) Date:   Feb. 26, 2010
                                          ) Time:   ~~9:30 a.m.~~  9:00 a.m.
                    Defendants.           ) Court:  No. 4  ~~3~~
_____  ) Judge:  Hon. Jeremy Fogel

## INTRODUCTION

**WHEREAS**, Defendant has brought a Motion to Compel Binding Arbitration and Plaintiff has

brought a Motion for Remand;

**WHEREAS**, both parties originally scheduled these matters to be heard on February 19, 2010;

**WHEREAS**, the court, on its own Motion, moved the Hearings date to February 26, 2010.

1  **WHEREAS**, counsel for Plaintiff, Richard Schramm, who will be arguing the Motions on behalf

2  of plaintiff, has notified defense counsel of prior plans to be gone from the office, and out of state, on

3  February 26, 2010;

4  **WHEREAS**, defense counsel has no objection to moving the Hearings date to March 5, 2010.

5  **NOW, THEREFORE**, the Parties, through their respective counsel of record **AGREE and**

6  **HEREBY STIPULATE** to continue the two Hearings set for these Motions from February 26, 2010 to

7  March 5, 2010.

8

9  Dated:  February _22_, 2010          FAHMY & BOOKE

10

11                                          By: _____

12                                              VICTORIA L. H. BOOKE
                                               Attorneys for Plaintiff, Delicia Niami

13  Dated:  February _22_, 2010          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

14

15                                          By: __/s/ Gregory C. Cheng_____
                                               GREGORY C. CHENG

16                                             Attorneys for Defendants
                                               FEDEX OFFICE AND PRINT SERVICES, INC. and

17                                             PAUL LATTER

18  ************************************************************************

19                                     ORDER

20      GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Hearings for

21  the two Motions pending before this Court be continued from February 26, 2010 to March  5       ,

22  2010, at 9:00 a.m.

23

24  DATED:  _2/23/2010_____          By: _____

25                                                  Hon. Jeremy Fogel
                                                   United States District Court Judge

26

27

28